## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ASSOCIATION OF MARYLAND PILOTS     *
3720 Dillon Street
Baltimore, Maryland 21224     *

         Plaintiff     *

v.

    *     CIVIL ACTION NO.

ATLANTIC CONTAINER LINE, INC.
a/k/a ATLANTIC CONTAINER LINE AB     *
50 Cardinal Drive
Westfield, New Jersey 07090     *

Serve on:  National Registered Agents, Inc.     *
of MD, 2405 York Road, Suite 201,
Lutherville-Timonium, MD 21093-2264,     *
Resident Agent

    *

         Defendant

    *

     *  *  *  *  *  *  *  *  *  *  *  *  *

## COMPLAINT

The Association of Maryland Pilots ("Association"), by its attorneys, for its complaint

against Atlantic Container Line AB, *in personam*, says as follows:

1.      This is a case of admiralty and maritime jurisdiction as hereinafter more fully

appears.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal

Rules of Civil Procedure.

2.      The Association is an unincorporated association organized and existing under the

laws of the State of Maryland whose members are maritime pilots licensed by the Board of Pilots

of the State of Maryland.  The Association is the statutory collection agent for its members by

virtue of MD. CODE ANN., BUS. OCC. & PROF. § 11-503.

3.      Upon information and belief, Defendant Atlantic Container Line, Inc. a/k/a Atlantic Container Line AB (hereinafter "ACL") is a foreign corporation that at all relevant times was the charterer and agent of the M/V MSC CRISTIANA and, as such, is liable for the payment of pilotage services provided to the M/V MSC CRISTIANA pursuant to MD. CODE ANN., BUS. OCC & PROF. § 11-502(c).

4.      On February 15-16 and 18-19, 2017, Maryland pilots, at the specific instance and request of the M/V MSC CRISTIANA and/or her master, charterer, agent, or other authorized personnel, furnished and supplied pilotage services for a reasonable and tariff-mandated value of $26,592.25, all of which was necessary for the use of the vessel and its operations.

5.      By reason of the premises, there is justly due and owing to the Association from ACL the sum of $26,592.25, with interest, no part of which has been paid, and the sum remains duly owing and unpaid.

WHEREFORE, the Association prays:

(a)      That process *in personam* issue in due form of law, according to the practices of this Honorable Court, against ACL and that it may be cited to appear and answer all and singular the matters aforesaid;

(b)      That ACL be cited to appear and answer all and singular the matters aforesaid and that a judgment may be entered in favor of the Association in the amount of $26,592.25, with interest and costs;

(c)      That the Association may be granted such other and further relief as the justice of

this cause may require.


                                        */s/ James W. Bartlett, III*
                                        James W. Bartlett, III
                                        Federal Bar No. 00017
                                        Imran O. Shaukat
                                        Federal Bar No. 30134
                                        Semmes, Bowen & Semmes
                                        25 South Charles Street, Suite 1400
                                        Baltimore, Maryland  21201
                                        (410) 539-5040 telephone
                                        (410) 539-5223 fax
                                        jbartlett@semmes.com

                                        Attorneys for the Association of Maryland
                                        Pilots


1969883.docx:5

3